```
ROGER NUTTALL, ESQ. #42500
NUTTALL & COLEMAN
2445 CAPITOL ST STE 150
FRESNO  CA 93721
TELEPHONE (559)233-2900
FACSIMILE (559)485-3852

Attorneys for Plaintiff
        HOPE ORTIZ
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**\*\*\*\*\*\*\*\*\*\***

| | |
|---|---|
| HOPE ORTIZ,   ) | CASE NO. 1:06-CV-01611-OWW-TAG |
| ) | |
| Plaintiff,   ) | |
| ) | **STIPULATION AND ORDER** |
| v   ) | **CONTINUING THE HEARING DATE** |
| ) | **ON DEFENDANT DONALD W.** |
| DONALD C. WINTER, SECRETARY OF   ) | **WINTER'S MOTION TO DISMISS** |
| THE UNITED STATES NAVY, PHIL   ) | **PLAINTIFF'S COMPLAINT** |
| MILLS, STEVE HEDIN, VINCE MOTTO,   ) | |
| AND DEE RICHARDS,   ) | Date:  8/13/07 |
| ) | Time:  10:00 a.m. |
| Defendants.   ) | Ctrm:  3 |
| _____ ) | |

**IT IS HEREBY STIPULATED** between the parties in the above-entitled action, through their respective counsel of record, that (1) the hearing on Defendant Donald W. Winter's Motion to Dismiss Plaintiff's Complaint be continued to October 22, 2007 at 10:00 a.m.; (2) Plaintiff's opposition is to be filed and served on or before October 5, 2007; and (3) Defendant's reply brief is to be filed and served pursuant to the statutory time.

Good cause exists for continuing the hearing date.  Counsel for Plaintiff was under the erroneous belief that Randall M. Penner, had been associated as counsel and was preparing the

opposition. It was only after counsel was notified by the Court that no opposition had been filed, the error was discovered.

**IT IS SO STIPULATED**.

Dated:  August 8, 2007.                    NUTTALL & COLEMAN

                                           /s/ Roger T. Nuttall
                                    By _____
                                           ROGER NUTTALL
                                       Attorneys for Plaintiff


Dated:  August 8, 2007.                    UNITED STATES ATTORNEY

                                           /s/ Brian W. Enos
                                    By _____
                                           BRIAN W. ENOS
                                    Assistant United States Attorney
                                       Attorneys for Defendant
                                           Donald W. Winter

*****************

## ORDER

Good cause appearing,

**IT IS ORDERED** that (1) the hearing on Defendant Donald W. Winter's Motion to Dismiss Plaintiff's Complaint be continued to October 22, 2007 at 10:00 a.m.; plaintiff's opposition is to be filed and served on or before October 5, 2007; and (3) defendant's reply brief is to be filed and served on or before the statutory time.

IT IS SO ORDERED.

**Dated:   August 9, 2007**            /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE

STIPULATION CONTINUING HEARING ON                ORTIZ v WINTER
DEFENDANT DONALD W. WINTER'S MOTION              CASE NO: 1:06-CV-01611-OWW-TAG
TO DISMISS PLAINTIFF'S COMPLAINT
- 2 -