```
 1  ROGER NUTTALL, ESQ. #42500
    NUTTALL & COLEMAN
 2  2445 CAPITOL ST STE 160
    FRESNO  CA 93721
 3  TELEPHONE (559)233-2900
    FACSIMILE (559)485-3852
 4

 5  Attorneys for Plaintiff
    HOPE ORTIZ
 6
```

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOPE ORTIZ, | CASE NO. 1:06-CV-01611-OWW-TAG |
| Plaintiffs, | |
| v | STIPULATION AND ORDER OF DISMISSAL |
| DONALD C. WINTER, SECRETARY OF THE UNITED STATES NAVY, PHIL MILLS, STEVE HEDIN, VINCE MOTTO, AND DEE RICHARDS, | |
| Defendants. | |

IT IS HEREBY STIPULATED between the parties in the above-entitled action, through their respective counsel of record, that the above-captioned action be dismissed with prejudice pursuant to *Federal Rules of Civil Procedure, Rule 41(a)(1)*, each party to bear its own costs and attorneys' fees.

///

///

STIPULATION AND ORDER OF DISMISSAL                    ORTIZ v WINTER
                                                      CASE NO: 1:06-CV-01611-OWW-TAG

IT IS SO STIPULATED.

Dated:    September ___, 2007            NUTTALL & COLEMAN

                                   By    /s/ Roger Nuttall
                                         ROGER NUTTALL
                                         Attorneys for Plaintiff

Dated:    September ___, 2007            UNITED STATES ATTORNEY

                                   By    /s/ Brian W. Enos
                                         BRIAN W. ENOS
                                         Assistant United States Attorney
                                         Attorneys for Defendant
                                         Donald W. Winter

## ORDER

The parties to this action having stipulated through their designated counsel, the above-captioned action shall be and hereby is dismissed, with prejudice pursuant to *Federal Rules of Civil Procedure, Rule 41(a)(1)*.

IT IS SO ORDERED.

**Dated:   September 18, 2007**            **/s/ Oliver W. Wanger**
                                           UNITED STATES DISTRICT JUDGE